UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

**Salvador Rosado,**
                    Plaintiff,

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

          -against-

**Brosnan Risk Consulting,Ltd.,**
**Patrick Brosnan and**
**EXTELL Development Company**                    07 Civ. 11039(PKC)
                    Defendant(s).

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: _12-11-07_

P. KEVIN CASTEL, United States District Judge.

     Counsel for all parties are directed to appear before the
undersigned for an initial pretrial conference in accordance
with Rule 16 of the Federal Rules of Civil Procedure on February
08,2008 at 11:00 a.m. in Courtroom 12C at the United States
Courthouse, 500 Pearl Street, New York, New York. **COUNSEL FOR
PLAINTIFF IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS NOTICE
TO ALL PARTIES.** Principal trial counsel must appear at this and
all subsequent conferences.

**This case has been designated an electronic case and has been
assigned to me for all purposes. By the date of the initial
pretrial conference counsel for all parties are required to
register as filing users in accordance with the Procedures for
Electronic Case Filing and file a Notice of Appearance.**

**The parties are directed to submit a joint letter five business
days prior to the conference addressing the following in
separate paragraphs:** (1) a brief description of the case,
including the factual and legal bases for the claim(s) and
defense(s); (2) any contemplated motions; and (3) the prospect
for settlement. For the Court's convenience, the parties are
requested to set forth the date and time of the Conference in
the opening paragraph of the joint letter.The parties are
directed to consult the undersigned's Individual Practices and
to confer on a Case Management Plan. See the Court's internet
site: www.nysd.uscourts.gov/judges/USDJ/castel.htm. The jointly
proposed Case Management Plan should be submitted in writing to
the Court at the conference. Requests for adjournment of the
conference will be considered only if made in writing and
otherwise in accordance with the undersigned's Individual
Practices.

          SO ORDERED.

                              _____
                                        P. Kevin Castel
                              United States District Judge

Dated: December 11, 2007
       New York, New York