New York Department of State
Receipt for Service

Receipt #: 200712110409
Date of Service: 12/10/2007
Service Company: 14 GERALD WEINBERG, INC. - 14

Cash #: 200712110360
Fee Paid: $40 - DRAWDOWN

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: EXTELL DEVELOPMENT COMPANY

Plaintiff/Petitioner:
    ROSADO, SALVADOR

Service of Process Address:
CT CORPORATION SYSTEM
111 8TH AVE
NEW YORK, NY 10011

Secretary of State
By CAROL VOGT

DISTRICT COURT                                                    COUNTY OF NEW YORK
SOUTHERN

SALVADOR ROSADO, ET. AL.          INDEX# 07 CV 11039   Plaintiff,

— AGAINST —

BROSNAN RISK CONSULTING, LTD.
                                                               Defendant,

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

JAMES LEPORE being duly sworn, deposes and says:

That he is over the age of eighteen years and is not a party to this action.

That on the 10th day of December, 2007, he served the Summons and Complaint on EXTELL DEVELOPMENT COMPANY, an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

*[signature]*
JAMES LEPORE

Sworn before me this
10th day of December, 2007

*[signature]*
LAWRENCE A. KIRSCH
  4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011