State of New York - Department of State
Receipt for Service

Receipt #:  200712110370                    Cash #: 200712110338
Date of Service:  12/10/2007                Fee Paid: $40 - DRAWDOWN
Service Company:  14 GERALD WEINBERG, INC. - 14

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  BROSNAN RISK CONSULTANTS, LTD.


Plaintiff/Petitioner:
            ROSADO, SALVADOR


Service of Process Address:
PATRICK J BROSNAN
18 TUDOR LN
SCARSDALE,  NY 10583

                                        Secretary of State
                                          By  CAROL VOGT

DISTRICT COURT
SOUTHERN

COUNTY OF NEW YORK

---

**SALVADOR ROSADO, ET. AL.**

Plaintiff,
**INDEX# 07 CV 11039**

--- AGAINST ---

**BROSNAN RISK CONSULTING, LTD.**

Defendant,

---

STATE OF NEW YORK)
                  )SS.
COUNTY OF ALBANY )

JAMES LEPORE being duly sworn, deposes and says:

That he is over the age of eighteen years and is not a party to this action.

That on the 10th day of December, 2007, he served the Summons and Complaint on BROSNAN RISK CONSULTANTS, LTD., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

*James Lepore*
JAMES LEPORE

Sworn before me this
10th day of December, 2007

*Laurence G. Kirsch*
LAWRENCE A. KIRSCH
4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011