```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07
```

Castel, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

SALVADOR ROSADO, Individually and on Behalf
of All Other Persons Similarly Situated,
                              Plaintiffs,

        -against-

BROSNAN RISK CONSULTING, LTD.,
PATRICK BROSNAN and EXTELL
DEVELOPMENT COMPANY

                          Defendants.
----------------------------------------X

ECF 2007 Civ: 07-CV-11039 (PKC)

NOTICE OF **DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff SALVADOR ROSADO, in accordance with Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses the above captioned action without prejudice and without costs or attorneys' fees to any party.

DATED: DECEMBER 21, 2007

THE LAW OFFICE OF JEFFREY M. GOTTLIEB

_____
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR, New York, New York 10003; Tel: (212)228-9795
Attorney for Plaintiffs, Individually, and on Behalf of All Other Persons Similarly Situated

SO ORDERED THIS 27th DAY OF Dec., 2007

_____
U.S.D.J

SO ORDERED